UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT MELVIN KING, | ) |
| Petitioner | ) |
| v. | ) Case No. 5:11-cv-01013-WMA-HGD |
| FREDDIE BUTLER, Warden, and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents | ) |

**MEMORANDUM OPINION**

On February 15, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On February 18, 2012, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 23rd day of February, 2012.

                                                   */s/ William M. Acker, Jr.*
                                               **WILLIAM M. ACKER, JR.**
                                               **UNITED STATES DISTRICT JUDGE**